FILED: July 14, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1810
(1:21-mc-00014)

_____

In re: TRISTAN W. GILLESPIE

      Respondent - Appellant

_____

M A N D A T E

_____

The judgment of this court, entered May 20, 2025, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*